[No. 50898-9-I.   Division One.   April 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DEAN
MAXIE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-02090-5, Michael Hayden, J., entered
August 9, 2002. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Agid and Becker, JJ.

[No. 51431-8-I.   Division One.   April 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO
ALPIZAR-GALVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-08583-9, Cheryl B. Carey, J., entered
November 8, 2002. *Affirmed* by unpublished per curiam
opinion.

[No. 51563-2-I.   Division One.   April 5, 2004.]

HARVEY JOSEPH MAJORS, ET AL., *Appellants*, v. CHARLES
LOOMIS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-26639-0, Joan E. DuBuque, J., entered
December 6, 2002. *Affirmed in part, reversed in part* and
*remanded* by unpublished per curiam opinion.

[No. 51931-0-I.   Division One.   April 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS W.
BROOKS III, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-02769-6, Douglas D. McBroom, J., entered
February 21, 2003. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker and Agid, JJ.